IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES DANIELS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-685-WHA |
| | ) | [WO] |
| QCHC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on December 8, 2017. Doc. 3. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to file the requisite fees or provide the court with financial information as directed by order of this court.

A separate Final Judgment will be entered.

Done, this 9th day of January 2018.

                                                  /s/ W. Harold Albritton
                                        SENIOR UNITED STATES DISTRICT JUDGE